# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **David A. Olsen,**
      **Becky S. Olsen**

Case No. ___**10-39796**___

Debtors

Chapter ___**11**___

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | 8,492,166.33 | | |
| B - Personal Property | Yes | 9 | 2,449,277.56 | | |
| C - Property Claimed as Exempt | Yes | 3 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 33,232,946.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 71,466,893.17 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 18,119.84 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 18,048.00 |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 10,941,443.89 | | |
| Total Liabilities | | | | 104,699,839.17 | |

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **David A. Olsen,**
      **Becky S. Olsen**

Case No. ____**10-39796**____

Debtors

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re     **David A. Olsen,**                                        Case No. _____**10-39796**_____
           **Becky S. Olsen**

                                          Debtors
                         ## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Grain Elevator at 920 R. W. Bruce St., Milwaukee, WI; fully encumbered by West Pointe Bank mortgages securing up to $8.5m of debt (includes note to Phil Mar and notes to David and Paul Olsen); Vivadell Olsen has mortgage securing $200,000 note. Value is $1.00/bu, @ 3,112,000 bu capacity = $3,112,000 total value** | **1/2 Interest as Tenant in Common** | **C** | **1,556,000.00** | **3,112,000.00** |
| **Grain Elevator at 6250 Borden Rd., Boscobel, WI 53805; fully encumbered by West Pointe Bank mortgage for $5m, and Vivadell June Olsen mortgage for $200k. Equipment located on premises is leased from M2 Leasing (lease balance of $738,000). US DOT FRIP loan secures grain storage bins and railroad track located at the facility located at this facility (see Sched. B) (loan balance of $1,593,000). Value is $1.50/bu @ 1,572,000 bu capacity = $2,358,000 (includes equipment and fixtures with obligations to US DOT and M2 Leasing)** | **1/2 Interest as Tenants in Common** | **C** | **1,179,000.00** | **2,358,000.00** |
| **Grain Elevator at 700 East Power Drive, Viroqua, WI 54665; fully encumbered by Citizens First Mortgage ($1.279m owed), FC Stone LLC mortgage for $4m (disputed, contingent), West Pointe Bank wraparound mortgage for $5m, and Vivadell June Olsen wraparound mortgage for $200k. Value is $1.50/bu @ 1,535,000 bu capacity = $2,302,500 total value** | **1/2 Interest as Tenants in Common** | **C** | **1,151,250.00** | **2,302,500.00** |
| **Grain Elevator at W13134-6 County Road KK, Ripon, WI 54971; fully encumbered by 1st mtg to West Pointe Bank for $1,022,000, West Pointe wraparound for $5m, and Vivadell June Olsen wraparound for $200k. Value is $1.50/bu @ 3,507,000 bu capacity = $5,260,500 total value** | **1/2 Interest as Tenants in Common** | **C** | **2,630,250.00** | **5,260,500.00** |

|  | Sub-Total > | **6,516,500.00** | (Total of this page) |

__**2**__     continuation sheets attached to the Schedule of Real Property

In re  David A. Olsen,           Case No. ___**10-39796**___
       Becky S. Olsen

Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Grain Elevator at 898 First Capitol Dr., Belmont, WI 53510; fully encumbered by 1st mtg to WPB for $1.55m, 2nd mtg to FC Stone LLC for $4m, a construction lien by US Grain Storage for $750k, WPB wraparound mtg for $5m, and Vivadell June Olsen wraparound mtg for $200k. Equipment includes M-C Tower Dryer Model 4000 pledged to Wisconsin Power & Light (aka Alliant Energy) under security agreement and UCC filing; Value is $1.50/bu @ 1,542,000 bu capacity = $2,313,000 total value | 1/2 Interest as Tenants in Common | C | 1,156,500.00 | 2,313,000.00 |
| Huser Implement Building, at 315 N. Washington St., Berlin, WI 54923; free and clear; Debtor estimates value at approx $100k | 1/2 Interest as Tenants in Common | C | 50,000.00 | 0.00 |
| Amherst Shop, at 3875 Crop Care Ct., Amherst Junction, WI 54407; free and clear; Debtor estimates value at approx $100k | 1/2 Interest as Tenants in Common | C | 50,000.00 | 0.00 |
| Feedlot in Almond; at 6898 County Road W, Bancroft, WI 54921; free and clear, possible environmental problems; Debtor estimates value at $150k | 1/3 interest as Tenants in Common | C | 50,000.00 | 0.00 |
| Aurora Feed Mill and Dam; at N2084 State Road 49, Auroraville, WI 54923; free and clear, but no actual value due to DNR obligations imposed on the owner and liability for damage in the event that the dam gives out | 1/2 interest as Tenants in Common | C | 0.00 | 0.00 |
| Sunflower Farms - 160 acres of vacant farm land in Town of Warren, WI;subject to $1m West Pointe Bank wraparound mortgage securing Paul and David Olsen debts; Debtors estimate value of $2,500/acre for $400k total value - leased to others for 2010 crop year | 1/12 interest as Tenants in Common | C | 33,333.33 | 66,666.66 |
| Riverview Farms Land, Waushara County; 230 acres (125 tillable) owned as tenants in common with the other partners, includes a farm house building; subject to $2m West Pointe Bank wraparound mortgage securing Paul and David Olsen debts; estimate $2,500/acre overall for $575k total value. All income from grain grown & harvested used to pay inputs and maintenance of ditches & land in 2010. | 1/6 Interest as Tenants in Common | C | 95,833.00 | 191,666.00 |
| | | Sub-Total > | 1,435,666.33 | (Total of this page) |

Sheet __1__ of __2__  continuation sheets attached to the Schedule of Real Property

In re    **David A. Olsen,**                                 Case No.   **10-39796**
            **Becky S. Olsen**

Debtors

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Property located at 2176 Elizabeth St., Aurora, WI; part of the Aurora feed mill, but is a separate parcel with a pole shed on it; Debtors estimate value to be approx $20k; free and clear | 1/2 Interest as Tenants in Common | C | 10,000.00 | 0.00 |
| Residence and approx 40 acres located at W562 County Rd D, Berlin, WI 54923 was released by West Pointe Bank for payment of FMV of $150,000 (fully exempt) | Fee Simple | C | 150,000.00 | 0.00 |
| Breathing Room Farm located in Town of Aurora, WI; 160 acres of farmland @ $3k/acre, and 2 seed sheds @ 4 Corners worth approx $150k; total value $630,000; subject to $1m West Pointe Bank wraparound mortgage securing Paul and David Olsen debts. All income from 2010 crops net of inputs split evenly. | 1/2 Interest as Tenants in Common | C | 315,000.00 | 630,000.00 |
| 60 additional acres of marshland/lowland contiguous to the homestead (with an easement was reserved to these acres over the homestead); pledged to WPB as part of wraparound securing Debtors' obligations | Fee Simple | C | 60,000.00 | 60,000.00 |
| McGregor Shed - part of the Feed Mill in Aurora, but a separate lot with a shed on it; free and clear; worth approx $10,000 total | 1/2 Interest as Tenants in Common | C | 5,000.00 | 0.00 |

Sub-Total >    **540,000.00**    (Total of this page)

Total >    **8,492,166.33**

(Report also on Summary of Schedules)

Sheet  **2**  of  **2**  continuation sheets attached to the Schedule of Real Property

In re **David A. Olsen,**
**Becky S. Olsen**

Case No. **10-39796**

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **(Joint) F&M Bank Checking** | C | 126.84 |
| | | | **1/2 interest in Olsen Brothers business accounts at F&M Bank ($557.00) and WPB ($100.00)** | C | 328.00 |
| | | | **(W) F&M Bank Checking** | C | 7,978.20 |
| | | | **(W) Health Savings Account through work** | C | 730.82 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **See attached list** | C | 2,745.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **no resale value** | C | 0.00 |
| 7. | Furs and jewelry. | | **Wedding rings set** | C | 500.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **300 magnum rifle; 270 rifle; 8mm Mauser; 12 gauge; 20 gauge; .22 rifle; 410 rifle** | C | 1,000.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **(H) Thrivent Adjustable Life Insurance $500,000 policy - CSV approx $19,757.14 - pledged to Baylake Bank** | C | 19,757.14 |
| | | | **(W) Thrivent Adjustable Life Insurance - $158,000 death benefit with approx $11,225.07 CSV** | C | 11,225.07 |
| 10. | Annuities. Itemize and name each issuer. | | **(H) Tax Qualified Deferred Retirement Annuity at Thrivent, payable monthly starting at age 65** | C | 100,000.00 |

Sub-Total > 144,391.07
(Total of this page)

__5__ continuation sheets attached to the Schedule of Personal Property

In re **David A. Olsen,**　　　　　　　　　　　　　　　Case No. _____**10-39796**_____
　　　　**Becky S. Olsen**

　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | Each daughter (ages 7 and 12) has a $100,000 Edvest Account for the University of Wisconsin administered by Thrivent | C | 200,000.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **(H)** IRA at Principal Financial Group - 401(k) rollover from Olsen's Mill | C | 245,336.49 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 1/5 Interest in Little Sprout Farms, LLC Farming operation with land in Easton, Jackson, New Chester, Springville, and Clearfield; Currently undergoing a plan of liquidation, with WPB secured debts to be paid off from sale proceeds; Has debts to WPB of approximately $6,547,368; Estimated value returned after liquidation is $1,500,000 total, of which Debtors' interest is pledged to WPB, so no net equity - no internal financial statement provided by partners - difficult to estimate value | C | Unknown |
| | | 22.5% Interest in Utica Energy, LLC assets are fully encumbered by mortgages to Dougherty Funding and West Pointe Bank; West Pointe has security agreement and UCC encumbering Debtor's interest in this company as well; LLC interest pledged as additional collateral to WPB, minimal net equity under current operating conditions | C | 0.00 |
| | | 1/4 Interest in Berlin Feed, Inc. Feed mill located in Berlin, WI; estimated FMV of $120-200k, but in this market there is probably no buyer; encumbered by mortgage to Farmers & Merchants Bank; Some assets are pledged to First National Bank of Berlin and Farmers & Merchants Bank pursuant to PMSI security agreements and UCCs; West Pointe has stock pledge of Debtor's interest in this company as well; minimal net equity | C | 0.00 |
| | | 1/5 Interest in Little Sprout Farms II, LLC All assets were sold and WPB secured loan was paid down, with no net equity remaining | C | 0.00 |

　　　　　　　　　　　　　　　　　　　　　　　　　　Sub-Total >　　　445,336.49
　　　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

In re  **David A. Olsen,**
     **Becky S. Olsen**

Case No. _____ **10-39796** _____

_____
Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | **1/5 Interest in Ponderosa Partnership** Has 400 acres of farm land and shed in Waushara County worth approx. $1,000,000; Encumbered by West Pointe Mortgages with approx $171,000 balance owed. No guaranteed debt. Approx. $150k of equity goes to Debtors based on 1/5 ownership interest. All crop income for 2010 year used to pay inputs and for debt service. | C | 150,000.00 |
| | | **1/6 interest in Riverview Farms Partnership** see description in Schedule A | C | 0.00 |
| | | **1/12 Interest in Sunflower Farms Partnership** See description in Schedule A | C | 0.00 |
| | | **1/2 interest in Partnership of Paul Olsen and David Olsen** All assets and obligations of Olsen Brothers Enterprises, LLP, were transferred to Paul and David individually in July 2010. Assets are listed separately under business fixtures and assets, and almost anything not subject to PMSI is subject to security agreement and UCC filing of West Pointe Bank, as well as junior GBSAs of Citizens First Bank, Baylake Bank, and Vivadell June Olsen | C | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **1/2 interest - Olsen's Mill Inc Receivership owes** back rent of approx $580,000; action pending in Green Lake Co. Circuit Court | C | 290,000.00 |
| | | **1/2 interest - Robert Digman owes approx $20,000** to Paul & David Olsen as a result of his misappropriation of crop insurance and grain proceeds | C | 10,000.00 |
| | | **1/2 interest - AG Services owes back rent on a grain bin in Stevens Point ($72,000), fertilizer tank in Oshkosh ($22,000), fertilizer sold in the spring ($244,000 - but this was to be offset by a like debt owed to AG Services); total receivable: $338,000 subject to offset** | C | 169,000.00 |
| | | **1/2 Interest - Little Sprout Farms, LLC owes approx $196,000 for advances made (doubtful as to payment as liability is contested)** | C | Unknown |

Sub-Total > 619,000.00
(Total of this page)

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

In re   **David A. Olsen,**
        **Becky S. Olsen**

Case No. _____**10-39796**_____

                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1/2 interest in a settlement reached with First National Bank of Plattville ($19,000.00)(Spensley) | C | 9,500.00 |
| | | 1/2 interest in rent receivables for equipment ($2500.00) (Kirschner) | C | 1,250.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | License to mix fertilizer | C | Unknown |
| | | Becky holds a license as a registered nurse | C | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

|  | Sub-Total > (Total of this page) | 10,750.00 |
|---|---|---|

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

In re   **David A. Olsen,**
**Becky S. Olsen**

Case No. ___**10-39796**___

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Ford Expedition** | C | 2,500.00 |
| | | **2011 Featherlite Inc. 20' cattle bumper trailer** | C | 8,000.00 |
| | | **2004 Ford F-350** | C | 13,950.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **1/2 interest in: Grain elevator, bins, pipeline, storage tanks, and railroad equipment located at the grain facility at 2550 Clairville Rd., Oshkosh, WI 54904; fully secured by DOT lien, and UCC financing statements in favor of WPB, Citizens Bank, Baylake Bank, and Vivadell June Olsen ($2,000,000.00 total value)** | C | 1,000,000.00 |
| | | **1/2 interest in Grain storage bins and other fixtures located at the grain facility at 2417 Stockton Rd, Stevens Point, WI 54482; fully secured by UCC financing statements in favor of WPB, Citizens Bank, Baylake Bank, and Vivadell June Olsen ($350,000.00)** | C | 175,000.00 |
| | | **1/2 interest in 60'x150' Seed warehouse located at the 4 Corners - intersection of Hwy 21 and Hwy 49; leased to Ag Services; value included on Schedule A under Breathing Room** | C | 0.00 |
| | | **1/2 interest in: 2 x 105' Grain Bins, 2 x 48' Grain Bins and Accessories including railroad track located at 6250 Borden Road, Boscobel, WI; subject to lease of m2 Lease Funds, LLC - DOT FRIIP Loan, WPB; value included in the real estate listed on Schedule A** | C | 0.00 |
| | | **1/2 interest in M-C Tower Dryer Model 4000 located at Belmont grain facility and Pledged to WP&L/Alliant Energy; value included in the Belmont real estate listed on Schedule A** | C | 0.00 |

|  | Sub-Total > (Total of this page) | 1,199,450.00 |
|---|---|---|

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Case 10-39796-svk   Doc 25   Filed 01/10/11   Page 10 of 47

In re   **David A. Olsen,**
        **Becky S. Olsen**

Case No. ____**10-39796**____

_____ Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1/2 interest in equipment used in Debtors' Business (jointly owned with Paul Olsen); equipment located at Riverview Farms: sprayer, tractor, mower, nitrogen side dress applicator, grain drill, and telehandler skytrak; total value $24,000 (all pledged to WPB) | C | 12,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | Pets: dog (adopted stray); daughters' house cat and 15-20 barn cats; no resale value - sentimental value only | C | 0.00 |
| | | Daughter owns two steer | C | 0.00 |
| | | Shorthorns: four heifer @ $500.00 each, five cows (two of which Debtors have only 1/2 interest in) @$600.00 each, two bred heifers (one of which Debtors have only 1/2 interest in) @ $600.00 each, two steers | C | 5,600.00 |
| 32. Crops - growing or harvested. Give particulars. | | 40 square hay bales - minimal ground feed | C | 1,350.00 |
| 33. Farming equipment and implements. | | 2 riding mowers ($600), power washer ($50), air compressor ($50), barn fan ($50), hay feeder ($500), misc hand tools and other farm equipment ($150) (exempt) | C | 1,400.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | 1/2 interest in two 300 horsepower industrial boilers and a 750 kw diesel generation (cost $20,000.00) | C | 10,000.00 |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 30,350.00 |
| Total > | 2,449,277.56 |

Sheet __5__ of __5__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# House hold Assets

Bunk Bed 100.00
dresser 25.00
toy chest 10.00
TV Set 25.00
TV case 30.00
stereo 10.00
UCR-DVD 10.00
Love Set 15.00
Couch 25.00
Recliver 10.00
2 End tables 25.00
desk 100.00
Computer 25.00
Printer. cup-en 15.00
dining Room table & chair 200.00
4 lamp 10.00
Rocker 15.00
China cabinet 150.00
plone table 20.00
bench 20.00
bed 50.00
desk 25.00
Book Staff 75.00
dresser 25.00
Gas Stove 50.00
Micro wave 25.00
Kitchen app 30.00
Dishes - pot - pan 20.00
Freezen - Refrigenation 100.00
Kitchen TV 25.00
Kitchen table & chan 50.00
Queen size bed 100.00
Chest of drawers 50.00
Dresser 75.00
2 up night & 2 Chest Freezer 250.00
Refrigeration 25.00
washer & dryer 200.00
Fan 5.00

Sump pump 10.00
Kitchen table & chans 25.00
dahum.d. Fyen 20.00
wrul lift.oc set 50.00
dressen 10.00
dressen 25.00
chest of drawer 20.00
crib 50.00
slp vac 10.00
Bench 10.00
Rocken 25.00
vacuum 20.00
home decoration 50.00
Sully the Dog 10.00

Gapper tiller 50.00
table saw 50.00
Lawn mower trailer 101.00
Generatin 75.00
Shop tools 60.00
weed enter 25.00
patio furnature 30.00

In re  **David A. Olsen,**
       **Becky S. Olsen**

Case No. ___**10-39796**___

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

■ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Husband's Exemptions** | | | |
| **Real Property** | | | |
| Residence and approx 40 acres located at W562 County Rd D, Berlin, WI 54923 was released by West Pointe Bank for payment of FMV of $150,000 (fully exempt) | Wis. Stat. § 815.20 | 75,000.00 | 150,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| (Joint) F&M Bank Checking | Wis. Stat. § 815.18(3)(k) | 126.94 | 126.84 |
| (W) F&M Bank Checking | Wis. Stat. § 815.18(3)(k) | 2,978.20 | 7,978.20 |
| (W) Health Savings Account through work | Wis. Stat. § 815.18(3)(k) | 730.82 | 730.82 |
| **Furs and Jewelry** | | | |
| Wedding rings set | Wis. Stat. § 815.18(3)(d) | 500.00 | 500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| 300 magnum rifle; 270 rifle; 8mm Mauser; 12 gauge; 20 gauge; .22 rifle; 410 rifle | Wis. Stat. § 815.18(3)(d) | 1,000.00 | 1,000.00 |
| **Interests in Insurance Policies** | | | |
| (H) Thrivent Adjustable Life Insurance $500,000 policy - CSV approx $19,757.14 - pledged to Baylake Bank | Wis. Stat. § 815.18(3)(f)2 | 100% | 19,757.14 |
| **Annuities** | | | |
| (H) Tax Qualified Deferred Retirement Annuity at Thrivent, payable monthly starting at age 65 | Wis. Stat. § 815.18(3)(f)2 | 100,000.00 | 100,000.00 |
| **Interests in an Education IRA or under a Qualified State Tuition Plan** | | | |
| Each daughter (ages 7 and 12) has a $100,000 Edvest Account for the University of Wisconsin administered by Thrivent | Wis. Stat. §§ 815.18(3)(p), 14.64(7) | 200,000.00 | 200,000.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| (H) IRA at Principal Financial Group - 401(k) rollover from Olsen's Mill | 11 U.S.C. 522(n) | 100% | 245,336.49 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1998 Ford Expedition | Wis. Stat. § 815.18(3)(g)<br>Wis. Stat. § 815.18(3)(d) | 2,000.00<br>500.00 | 2,500.00 |
| 2011 Featherlite Inc. 20' cattle bumper trailer | Wis. Stat. § 815.18(3)(g)<br>Wis. Stat. § 815.18(3)(d) | 2,000.00<br>2,000.00 | 8,000.00 |
| 2004 Ford F-350 | Wis. Stat. § 815.18(3)(d) | 4,695.00 | 13,950.00 |

**_2_** continuation sheets attached to Schedule of Property Claimed as Exempt

In re    **David A. Olsen,**
        **Becky S. Olsen**

Case No. _____**10-39796**_____

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Animals**<br>Shorthorns: four heifer @ $500.00 each, five cows (two of which Debtors have only 1/2 interest in) @$600.00 each, two bred heifers (one of which Debtors have only 1/2 interest in) @ $600.00 each, two steers | Wis. Stat. § 815.18(3)(b) | 5,600.00 | 5,600.00 |
| **Crops -Growing or Harvested**<br>40 square hay bales - minimal ground feed | Wis. Stat. § 815.18(3)(b) | 1,350.00 | 1,350.00 |
| **Farming Equipment and Implements**<br>2 riding mowers ($600), power washer ($50), air compressor ($50), barn fan ($50), hay feeder ($500), misc hand tools and other farm equipment ($150) (exempt) | Wis. Stat. § 815.18(3)(b) | 1,425.00 | 1,400.00 |

Total:    **664,999.59**      **758,229.49**

Sheet ___**1**___ of ___**2**___ continuation sheets attached to the Schedule of Property Claimed as Exempt

In re     **David A. Olsen,**                  Case No.     **10-39796**
            **Becky S. Olsen**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Wife's Exemptions** | | | |
| **Real Property** | | | |
| Residence and approx 40 acres located at W562 County Rd D, Berlin, WI 54923 was released by West Pointe Bank for payment of FMV of $150,000 (fully exempt) | Wis. Stat. § 815.20 | 75,000.00 | 150,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| (W) F&M Bank Checking | Wis. Stat. § 815.18(3)(k) | 5,000.00 | 7,978.20 |
| **Household Goods and Furnishings** | | | |
| See attached list | Wis. Stat. § 815.18(3)(d) | 2,745.00 | 2,745.00 |
| **Interests in Insurance Policies** | | | |
| (W) Thrivent Adjustable Life Insurance - $158,000 death benefit with approx $11,225.07 CSV | Wis. Stat. § 815.18(3)(f)2 | 100% | 11,225.07 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2011 Featherlite Inc. 20' cattle bumper trailer | Wis. Stat. § 815.18(3)(g) | 4,000.00 | 8,000.00 |
| 2004 Ford F-350 | Wis. Stat. § 815.18(3)(d) | 9,255.00 | 13,950.00 |

|  | Total: | 107,225.07 | 193,898.27 |
|---|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **David A. Olsen,** Case No. **10-39796**
**Becky S. Olsen**

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **UCC #080016535727** | | | December 2008 | | | | | |
| Creditor #: 1 **Alliant Energy/WP&L** P.O. Box 77007 Madison, WI 53707-1007 | | C | **PMSI** M-C Tower Dryer Model 4000 located at Belmont Grain Facility (value is factored into overall property value) | | | | | |
| | | | Value $ 2,313,000.00 | | | | 164,986.00 | 0.00 |
| Account No. | | | May 2009 | | | | | |
| Creditor #: 2 **Baylake Bank** 217 N. 4th Ave. Sturgeon Bay, WI 54235 | | C | **GBSA** General interest in all property by virtue of UCC financing statement; participating investment bank with BNP Paribas, so claim is subsumed therein | | | | | |
| | | | Value $ Unknown | | | | Unknown | 0.00 |
| Account No. **509558** | | | September 25, 2008 | | | | | |
| Creditor #: 3 **Citizens First Bank** PO Box 187 Viola, WI 54664 | | C | 1st Mortgage Grain Elevator at 700 East Power Drive, Viroqua, WI 54665 | | | | | |
| | | | Value $ 2,302,500.00 | | | | 1,310,895.00 | 0.00 |
| Account No. | | | Dec. 1, 2008 | | | | | |
| Creditor #: 4 **FCStone Financial Inc.** 2829 Westown Pkwy, Ste 110 West Des Moines, IA 50265 | | C | 2nd Mortgage Wraparound mortgage on Grain Elevators in Viroqua and Belmont | | | | | |
| | | | Value $ 4,615,500.00 | | | | 350,000.00 | 0.00 |

**3** continuation sheets attached

Subtotal
(Total of this page) | 1,825,881.00 | 0.00

In re    **David A. Olsen,**
         **Becky S. Olsen**

Case No. _____ **10-39796** _____

_____
Debtors                              ,

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Attorney John M. Filachek Chernov, Stern & Krings SC 330 E Kilbourn Ave., Ste 1275 Milwaukee, WI 53202-3196 | | | **Representing:** **FCStone Financial Inc.** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **Lease 1944, 1945, 1946, 1947** | | | **July 2007** | | | | | |
| Creditor #: 5 **M2 Lease Funds, LLC 175 N. Patrick Blvd., Suite 135 Brookfield, WI 53045** | | C | **Purchase Money Security Interest 2 x 105' Grain Bins, 2 x 48' Grain Bins and Accessories located at 6250 Borden Road, Boscobel, WI; subject to lease of m2 Lease Funds, LLC (value calculated into overall value of property)** | | | | | |
| | | | Value $          **2,358,000.00** | | | | **1,170,912.00** | **0.00** |
| Account No. | | | | | | | | |
| Attorney Russell Long Davis & Kuelthau SC 111 E. Kilbourn Ave, Ste. 1400 Milwaukee, WI 53202-6677 | | | **Representing:** **M2 Lease Funds, LLC** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. | | | **Wrap around Mortgage/Security Interest** | | | | | |
| Creditor #: 6 **Vivadell June Olsen c/o Atty Russ Reff 217 Ceape Ave Oshkosh, WI 54903-1190** | | C | **Secured by all the Grain Elevators and the grain storage fixtures in Oshkosh and Stevens Point, but subordinate to all other interests** | | | | | |
| | | | Value $          **Unknown** | | | | **200,000.00** | **0.00** |
| Account No. | | | **May 1, 2010** | | | | | |
| Creditor #: 7 **West Pointe Bank 1750 Witzel Ave. Oshkosh, WI 54901** | | C | **Wraparound mortgage on all obligations directly or indirectly owed to WPB** **WPB obligations (including guarantees) cross collateralized by all properties indicated on Schedule A and B** | X | X | | | |
| | | | Value $          **Unknown** | | | | **24,318,044.00** | **0.00** |
| Sheet **1** of **3** continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | **25,688,956.00** | **0.00** |

In re  **David A. Olsen,**
　　　 **Becky S. Olsen**

Case No. ___**10-39796**___

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Attorney Paul A. Croake DeWitt, Ross & Stevens SC 2 E. Mifflin St., Ste 600 Madison, WI 53703-2865 | | | Representing: West Pointe Bank | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. **doc. no. 9683630** | | | Dec. 30, 2008 | | | | | |
| Creditor #: 8 West Pointe Bank 1750 Witzel Ave. Oshkosh, WI 54901 | | C | Mortgage Securing Note to Phil Mar Grain Elevator at 920 R. W. Bruce St., Milwaukee, WI | | | | | |
| | | | Value $　　　　Unknown | | | | 3,212,301.00 | 0.00 |
| Account No. | | | | | | | | |
| Philmar, LLC 895 W. 20th Ave. Oshkosh, WI 54902 | | | Representing: West Pointe Bank | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. **0494-20-23** | | | February 2004 | | | | | |
| Creditor #: 9 Wisconsin Department of Transportation 4802 Sheboygan Avenue PO Box 7914 Madison, WI 53707-7914 | | C | FRIP Loan and DOT Lien Grain elevator, bins, pipeline, storage tanks, and railroad equipment located at the grain facility at 2550 Clairville Rd., Oshkosh, WI 54904 | | | | | |
| | | | Value $　　　　Unknown | | | | 935,000.00 | 0.00 |
| Account No. | | | | | | | | |
| Attorney Richard E. Braun Wisconsin Dept of Justice 17 W. Main St. Madison, WI 53707-7857 | | | Representing: Wisconsin Department of Transportation | | | | Notice Only | |
| | | | Value $ | | | | | |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 4,147,301.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **David A. Olsen,**                           Case No. _____**10-39796**_____
        **Becky S. Olsen**

_____
                     Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| **Account No. 0498-20-30** | | | | | **June 3, 2008** | | | | | |
| **Creditor #: 10**<br>**Wisconsin Department of Transportation**<br>**4802 Sheboygan Avenue**<br>**PO Box 7914**<br>**Madison, WI 53707-7914** | | | | C | **FRIP Loan and DOT Lien**<br><br>**Grain storage bins and railroad track located at the Grain Facility in Boscobel (total value of facility includes this property)** | | | | | |
| | | | | | Value $        **Unknown** | | | | **1,570,808.00** | **0.00** |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet **3** of **3**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                 Subtotal
                (Total of this page)      **1,570,808.00**      **0.00**

                                      Total
      (Report on Summary of Schedules)      **33,232,946.00**      **0.00**

# WISCONSIN CERTIFICATE OF TITLE FOR A VEHICLE
## DEPARTMENT OF TRANSPORTATION

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | BODY STYLE | VEHICLE TYPE | FLEET NUMBER | |
|---|---|---|---|---|---|---|
| 1FMPU18L6WLA63209 | 1998 | FORD | | TRUK | | CVG F4526T |

| TITLE NUMBER | DATE TITLE ISSUED | ODOMETER | ODOMETER DATE |
|---|---|---|---|
| 01096YPD12-6 | 04/12/2001 | 40921 | 04/03/2001 |

DISCLOSED AS ACTUAL

REGISTERED OWNERS

OLSEN DAVID A AND OLSEN BECKY S
W562 COUNTY RD D
BERLIN WI 54923

The person, firm or corporation named on this Title has been duly registered as the lawful owner of the vehicle described, subject to any Security Interest (lien) shown. The order in which the Security Interests appear on this Title does not necessarily represent their priority.

SECURED PARTY

006177 CITIZENS FIRST CREDIT UNION OSHKOSH

CONTROL NUMBER
(This is not a Title Number)

9-2902143

PREVIOUSLY TITLED IN IL

DIVISION OF MOTOR VEHICLES

## Important - Buyer and Seller must complete the section below at time of sale
## TITLE ASSIGNMENT AND MILEAGE, SELLING PRICE AND BRAND DISCLOSURE
### BY REGISTERED OWNER(S) SHOWN ABOVE

Federal and State law requires that SELLER state the mileage and provide written vehicle disclosure information in connection with transfer of ownership. Failure to complete a mileage statement, disclose required information, or providing a false statement may result in fines and/or imprisonment and may make you liable for damages to the transferee (buyer).

SELLER Print Person(s) Name signing as Seller

Print Sellers Address, City, State, Zip if different than shown above

ODOMETER NOW READS (No Tenths) and to the best of my knowledge is actual mileage of this vehicle unless one of the following statements is checked

☐ The odometer reading reflects the amount of mileage in excess of its mechanical limit.

☐ The odometer reading is NOT actual mileage. WARNING ODOMETER DISCREPANCY

BRAND DISCLOSURE (will be printed on future titles) Check all that apply:
☐ Flood damaged vehicle
☐ Previous taxicab
☐ Previous police vehicle
☐ Salvage vehicle

I, the seller, certify that to the best of my knowledge the information contained on this document is true and correct and that I have entered the vehicle odometer reading, brand disclosure, and selling price hereon in compliance with federal and state law as referenced above. For value received, I hereby sell, assign or transfer the vehicle described on this document and warrant title to Purchaser as shown.

Signature of Seller(s). See "REGISTERED OWNERS" above. If joint ownership with "or", only one seller's signature required; with "and", all seller's signatures required

X _____

SELLING PRICE (Seller enter): $ _____

X _____ Date

BUYER (Purchaser) Print Name(s)

If Buyer is a business, Print Name of authorized person signing as Purchaser

Print Buyer Address, City, State, Zip

Signature of Purchaser(s)
X _____ Date

X _____

If registered owner is a dealer and first assignment is through auction or salvage pool, complete the following.
Print Consigning Auction Dealer Name or Consigning Salvage Pool Name    Auction or Salvage Pool Dealer No.    Sale Date

The Wisconsin Department of Transportation will not be responsible for false or fraudulent odometer statements made in the assignment of the Certificate of Title or for errors in recording by the department. The department makes no warranties, express or implied, about the vehicle or operating condition and any statements about vehicle inspections are only administrative.

PURCHASER - Attach form MV1 (Wisconsin Application for Title) to this document and mail or deliver immediately to the Wisconsin Department of Transportation. Form MV1 is available at Wisconsin DMV Service Centers and police stations.

MV2269 597(?)    pursuant to ch. 342, Wis. Stats.

MAIL ADDRESS - Wisconsin Dept. of Transportation, P.O. Box 7909, Madison, WI 53707-7949

QUESTIONS - Contact nearest Motor Vehicle Service Center or call (608) 266-1466

## ANY ALTERATION OR ERASURE VOIDS THIS TITLE - KEEP IN A SAFE PLACE

# WISCONSIN CERTIFICATE OF TITLE

| Vehicle Identification Number | Year | Make | | | | |
|---|---|---|---|---|---|---|
| 4FGA216277H102723 | 2007 | FEATHERLITE INC | | | | |

| Title Number | Issue Date | Chassis Type | Odometer Heading | Odometer Status | | Odometer Date |
|---|---|---|---|---|---|---|
| 100360412069-2 | 02/05/2010 | TRLR | | EXEMPT | | |

| Product Number | Body Style | Color | | Fleet No. | |
|---|---|---|---|---|---|
| 78721100365 | TRAILER | | | | |

**Titled Owner(s)**

OLSEN DAVID A OR OLSEN BECKY S
W502 CTY RD D
BERLIN, WI 54923

The person, firm or corporation named on this Title is the lawful owner of the vehicle described, subject to any Security Interest (liens) shown. The order in which the Lien Holders appear on this Title does not necessarily represent their priority. The Wisconsin Department of Transportation will not be responsible for false or fraudulent odometer statements made in the assignment of the Certificate of Title or for errors in reporting mileage, brand disclosures or the history of the vehicle. The department has no actual knowledge about the history of the vehicle and makes no warranty that the title brands or mileage disclosures on prior titles have been carried forward onto this document.

4FGA216277H102723

**Lien Holder(s)**

NONE.

**Additional Vehicle Detail**

**SELLER:** When the vehicle is sold, complete the ASSIGNMENT OF CERTIFICATE OF TITLE on the top back of this title and deliver the title to the purchaser with the vehicle. You may wish to retain a copy of this title with the purchaser's information and signature as proof of sale for your records.

**PURCHASER:** Apply for a new title with the Wisconsin Division of Motor Vehicles immediately. To legally operate this vehicle, you are required to register it with the Division of Motor Vehicles.

MAIL ADDRESS:
Wisconsin Department of Transportation
PO Box 7949, Madison, WI 53707-7949

**QUESTIONS:**
Contact the Division of Motor Vehicles at:
414-266-1000, 608-266-1466
www.dot.wisconsin.gov

B-1-8550769

B6E (Official Form 6E) (4/10)

In re **David A. Olsen,**
**Becky S. Olsen**

Case No. ___**10-39796**___

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**_1_** continuation sheets attached

In re **David A. Olsen,**
　　　　**Becky S. Olsen,**

Case No. ___**10-39796**___

_____
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | | | |
| **Creditor #: 1** **Internal Revenue Service** **Centralized Insolvency Operation** **P.O. Box 21126** **Philadelphia, PA 19114-0326** | C | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| **Insolvency Unit West 17, Grp** **4-Milwaukee** **Organization Code: SES:C:AIQ:WI7** **211 W. Wisconsin Ave, Stop 5301** **Milwaukee, WI 53203-2221** | | | **Representing:** **Internal Revenue Service** | | | | **Notice Only** | | |
| Account No. | | | unknown - notice only | | | | | | |
| **Creditor #: 2** **Wisconsin Department of Revenue** **P.O. Box 8981** **Madison, WI 53708-8981** | C | | | | | | 0.00 | 0.00 | |
| | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | | | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |
| | | | 0.00 |

In re David A. Olsen,
Becky S. Olsen

Case No. __10-39796__

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **Notice Only** | | | | |
| **Creditor #: 1** **Ag Services of Wisconsin, LLC** **W2003 State Road 21** **Berlin, WI 54923** | C | | | | | | | **0.00** |
| Account No. | | | | **Personal guarantee of Olsen's Mill debt** | | | | |
| **Creditor #: 2** **BNP Paribas Bank** **787 Seventh Ave, as agent** **New York, NY 10019** | C | | | | | | | **50,703,904.17** |
| Account No. | | | | | | | | |
| **Attorney Carla O. Andres** **Godfrey & Kahn SC** **333 Main St., Ste. 600** **Green Bay, WI 54307-3067** | | | | **Representing:** **BNP Paribas Bank** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **Attorney Russell Munsch** **3800 Lincoln Plaza** **500 N. Akard St.** **Dallas, TX 75201-6659** | | | | **Representing:** **BNP Paribas Bank** | | | | **Notice Only** |

__2__ continuation sheets attached

Subtotal
(Total of this page)

**50,703,904.17**

Best Case Bankruptcy

In re  **David A. Olsen,**
      **Becky S. Olsen**

Case No. ___**10-39796**_____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | | | |
| Account No. | | | **Personal Guarantee of Utica Energy notes** | | | | | | |
| **Creditor #: 3** **Dougherty Funding, LLC** **90 S. 7th St., Suite 4300** **Minneapolis, MN 55402** | C | | | | | X | X | | |
| | | | | | | | | | **20,711,989.00** |
| Account No. | | | **November 2004** **Guarantee of Berlin Feed, Inc. debt** | | | | | | |
| **Creditor #: 4** **Farmers & Merchants Bank** **123 W. Huron St.** **Berlin, WI 54923** | C | | | | | X | X | | |
| | | | | | | | | | **51,000.00** |
| Account No. | | | **Guarantee of Berlin Feed, Inc. debt** | | | | | | |
| **Creditor #: 5** **First National Bank of Berlin** **140 W. Huron Street** **Berlin, WI 54923** | C | | | | | X | X | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | **Notice Only** | | | | | | |
| **Creditor #: 6** **First National Bank of Platteville** **c/o Attorney Laura Callan** **US Bank Plaza, Ste. 301** **1 S. Pinckney St.** **Madison, WI 53701** | C | | | | | | | | **0.00** |
| Account No. | | | **Legal services in connection with defending Paribas law suit in New York** | | | | | | |
| **Creditor #: 7** **Greenberg Freeman LLP** **110 East 59th Street** **29th Floor** **New York, NY 10022** | C | | | | | | | | **Unknown** |

Sheet no. __**1**__ of __**2**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**20,762,989.00**

In re   **David A. Olsen,**
          **Becky S. Olsen**

Case No.   **10-39796**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Notice Only** | | | | |
| **Creditor #: 8** **Olsen's Mill Acquisition Company, LLC** **895 W. 20th Avenue** **Oshkosh, WI 54903** | | C | | | | | | **0.00** |
| Account No. | | | | **Representing:** **Olsen's Mill Acquisition Company, LLC** | | | | **Notice Only** |
| **Attorney Thomas M. Olejniczak** **231 South Adams Street** **PO Box 23200** **Green Bay, WI 54305-3200** | | | | | | | | |
| Account No. | | | | **Liability for a note at West Pointe Bank (see sched. D - Milwaukee elevator) arising out of a loan wherein Phil-Mar borrowed funds form WPB and lent sums to Olsen Brothers who in turn loaned to OMI in 2009 for continuing operations.** | | | | |
| **Creditor #: 9** **Philmar, LLC** **895 W. 20th Ave.** **Oshkosh, WI 54902** | | C | | | X | | | **Unknown** |
| Account No. | | | | **Notice Only** | | | | |
| **Creditor #: 10** **Utica Energy LLC** **4995 State Road 91** **Oshkosh, WI 54904** | | C | | | | | | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **0.00** |
| Total (Report on Summary of Schedules) | **71,466,893.17** |

In re **David A. Olsen,**
      **Becky S. Olsen**

Case No.     **10-39796**

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ag Services of Wisconsin, LLC**<br>**W2003 State Road 21**<br>**Berlin, WI 54923** | **Leases for the grain facilities in Milwaukee, Boscobel, Viroqua, Ripon, and Belmont, and a grain bin in Stevens Point, a fertilizer tank in Oshkosh, a shed in Auroraville, and a seed warehouse at the intersection of Hwy 49 and 21** |

  **0**

      continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **David A. Olsen,**                                     Case No.    **10-39796**
        **Becky S. Olsen**

Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Paul Olsen**<br>**N2009 Majestic Pines Circle**<br>**Wautoma, WI 54982** | **Most creditors herein** |

**0**
——— continuation sheets attached to Schedule of Codebtors

In re **David A. Olsen**
**Becky S. Olsen**
_____
Debtor(s)

Case No. **10-39796**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Daughter** | AGE(S):<br>**12**<br>**7** | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | **Registered Nurse** |
| Name of Employer | **Unemployed** | **Community Health Network** |
| How long employed | **1 week** | **20+ Years** |
| Address of Employer | | **225 Memorial Dr.**<br>**Berlin, WI 54923** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 2,894.09 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 2,894.09 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 824.25 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 824.25 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 2,069.84 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 16,050.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 16,050.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 16,050.00 | $ | 2,069.84 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 18,119.84 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**(H) Debtor will be drawing a salary from Olsen Bros. for work performed in operations as negotiated.**

**(H) seeking employment**

**Note: Debtors have two steers and four heifers (hobby - 4H project) - income will be daughters**

In re  **David A. Olsen**
      **Becky S. Olsen**                                      Case No.  **10-39796**
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| a. Are real estate taxes included?    Yes ___    No **X** | | |
| b. Is property insurance included?    Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 550.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 200.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 400.00 |
| 4. Food | $ | 950.00 |
| 5. Clothing | $ | 500.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 300.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 500.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 100.00 |
| b. Life | $ | 200.00 |
| c. Health | $ | 286.00 |
| d. Auto | $ | 40.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **RE Taxes (residence)** | $ | 222.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other  **West Pointe Debt Service (interest only pmts)** | $ | 12,550.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Pet Food/Cattle Feed** | $ | 650.00 |
| Other _____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 18,048.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

| | | |
|---|---|---:|
| **20. STATEMENT OF MONTHLY NET INCOME** | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 18,119.84 |
| b.   Average monthly expenses from Line 18 above | $ | 18,048.00 |
| c.   Monthly net income (a. minus b.) | $ | 71.84 |

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re   **David A. Olsen**
    **Becky S. Olsen**

Debtor(s)

Case No.   **10-39796**

Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **30**  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December 29, 2010**

Signature _David A. Olsen_
David A. Olsen
Debtor

Date   **December 29, 2010**

Signature _Becky Olsen_
Becky S. Olsen
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re   **David A. Olsen**
      **Becky S. Olsen**                                       Case No.  **10-39796**
                                            Debtor(s)        Chapter   **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$150,000.00** | **(H) 2010 YTD Income from AG Services - @ $3,000/week** |
| **$34,584.41** | **(W) 2010 YTD income from Community Health Network** |
| **$-17,599,476.00** | **(J) 2009 AGI per tax return: Wages of $31,810, Taxable Interest of $8,616, Business Income of 111,000, Other Loss of ($7,106), Schedule E Loss of ($12,351,879), and Schedule 1 Loss of ($5,391,917)** |
| **$-11,871,937.00** | **(J) 2008 AGI per tax return: Wages of $76,286, Taxable Interest of $51,016, Other Loss of ($111), Rental Loss of ($11,516,202), and Other Loss ($482,816)** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$802,359.00** | **2009 - received approx $800k state and federal income tax refund in 2009, relating to 2007 taxes, which was either transferred to Olsen's Mill Inc. for operations or used to pay settlements in pending litigation. Refund of $2,359 received in late 2009 for 2008 federal income tax refund** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **BNP Paribas vs. OBE, Olsen's Leasing, LLC, and Paul and David Olsen; case no 601021-19** | **Money Judgment** | **Supreme Court of New York** | **pending** |
| **BNP Paribas vs Olsen's Mill, Inc.; case no 09-cv-0025 and related ancillary case no 09-cv-289** | **Receivership of Olsen's Mill** | **Green Lake County Circuit Court** | **pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| J&D Construction, LLC vs. Olsen's Mill Inc., Olsen's Crop Service, Olsen Bros. Enterprises, LLP, M2 Lease Funds, and Paul and David Olsen, case no 08-cv-156 | Money Judgment | Grant County Circuit Court | settled |
| State of Wisconsin vs. Olsen Bros. Enterprises, LLP, case no 08-cx-04 | Complex forfeitures (storm water discharge violation) | Lafayette County Circuit Court | judgment satisfied |
| Bankers' Bank vs. David Olsen; case no 09-cv-0926 | Money Judgment | Dane County Circuit Court | Settled |
| US Grain Storage Systems, Inc. vs. OBE | Lien Foreclosure | 09-CV-114 in Lafayette County Circuit Court and 09-CV-196 in Vernon County Circuit Court were consolidated in Lafayette Co. | Settled |
| Steven & Mary Spensley and Spensley Grain, Inc. vs. OMI et al; case no 07-CV-605 | Contract | Grant County Circuit Court | Pending |
| FCStone Financial Inc. et al vs. Olsen Brothers Enterprises LLP et al, case no 09-CV-289 | Debt Action | Green Lake County Circuit Court | Pending |
| Bankers' Bank vs. David A Olsen, case no. 09-CV-926 | Money Judgment | Dane County Circuit Court | Closed |
| Paul E Olsen et al vs. AG Services of Wisconsin LLC; Case Number 2010CV002396 | Replevin | Winnebago County Circuit Court | Pending |
| Paul E Olsen et al vs. AG Services of Wisconsin LLC; Case Number 2010CV000685 | Replevin | Portage County | Pending |
| Paul Olsen et al vs. Ag Services; Case Number 2010SC000555 | Small Claims Eviction | Waushara County Circuit Court | Pending |
| BNP Paribas vs. Olsen Brothers Enterprises LLP; Case Number 2010FJ000004 | Domestication of Foreign Judgment | Green Lake County Circuit Court | Filed (but not recognized before the bankruptcy) |
| BNP Paribas vs. Olsen Brothers Enterprises LLP et al; Case Number 2010FJ000007 | Domestication of Foreign Judgment | Waushara County Circuit Court | Filed (but not recognized before the bankruptcy) |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 6. Assignments and receiverships

None ☐ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| **West Pointe Bank**<br>**1750 Witzel Ave.**<br>**Oshkosh, WI 54901** | **Monthly** | **WPB has invoked an assignment of rents, and has collected amounts received as rent from the grain elevators, which is approximately $245,000 per month total (half of which is attributable to David and Becky Olsen) - distributed to secured creditors pursuant to a forebearance agreement with the bank** |

None ☐ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Attorney Michael S. Polsky**<br>**330 E. Kilbourn Ave, Ste 1085**<br>**Milwaukee, WI 53202** | **BNP Paribas vs. Olsen's Mill Inc.,**<br>**case no. 09-CV-25; Green Lake**<br>**County Circuit Court** | **February 11, 2009** | **Michael S. Polsky was appointed receiver of Olsen's Mill Inc, which the Debtor had an interest in** |

#### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

#### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Steinhilber, Swanson, Mares, Marone & Mc 107 Church Avenue P.O. Box 617 Oshkosh, WI 54903-0617 | $60,439.50 received in 2009 and 2010; payment made by Paul and David Olsen | for pre-bankruptcy planning, negotiations to potentially avoid this filing, preparation for the filing and related matters |
| Kravit, Hovel & Krawczyk s.c. 825 North Jefferson Milwaukee, WI 53202-3737 | $17,886.98 in 2010 from Paul and David Olsen | for pre-bankruptcy planning, negotiations to potentially avoid this filing, preparation for the filing, and related matters; Kravit, Hovel & Krawczyk also represented Paul and David Olsen in various civil suits |
| Lauber CFOs (Bryan Cieslak) 6737 W. Washington St. Suite 3235 Milwaukee, WI 53214 | $76,400.00 in 2010 from David Olsen | for financial projections used in connection with reorganization and financing of business |
| Crown Appraisals, Inc. 602 Front Street North Barnesville, MN 56514 | $7500.00 in October of 2010 | for appraisals of grain elevators |

#### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| West Pointe Bank 1750 Witzel Ave. Oshkosh, WI 54901 | May 2009 | Paul and David olsen pledged most other assets to WPB as add'l collateral in order to gain extension of outstanding obligations. Additionally, a real estate mortgage was granted in the Milwaukee elevator to WPB in conjunction with a loan made by Phil-Mar to OBE which involved the sale of rail cars to Phil-Mar. Loan and sale proceeds of $5 m used in the operation of OMI. |
| Bankers' Bank 7700 Mineral Point Rd Madison, WI 53717 | April 7, 2010 | Paul and David Olsen both settled with Bankers' Bank on the personal guarantee issue for $100k; funded by sale of grain |
| J&D Construction, LLC | May 5, 2010 | Paul and David settled the J&D breach of contract suit for $300k total, funded by the refund on a dryer |
| US Grain Storage Systems, Inc. | June 2010 | Paul and David settled the US Grain suit for $200k, with money borrowed from their Mother, Vivadell Olsen, who in turn was granted a contemporaneous mortgage in certain assets disclosed herein |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Wisconsin Dept of Justice** | **February 2010** | **Settled suit with Wis DOJ for stormwater permit violation for $197,000, from grain sales profit and tax refunds** |
| **West Pointe Bank 1750 Witzel Ave. Oshkosh, WI 54901** | **March 2010** | **Little Sprout Farms II, LLC was liquidated and the $2m proceeds went to pay WPB, the secured creditor** |
| **Loss** | **February 2009** | **David and Paul Olsen lost their shares/interests in Renew Energy and Olsen's Mill, Inc. through the bankruptcy and receivership proceedings of those entities** |
| **Various** | **July 2010** | **Liquidated $446,802.81 Thrivent CD's in July, which was paid as follows: $150k to WPB for release of homestead $200k to WI Edvest for daughters' college funds $100k to tax-deferred and qualified retirement annuity at Thrivent, with pmts starting at age 65** |
| **West Pointe Bank 1750 Witzel Ave. Oshkosh, WI 54901** | **March 2010** | **Little Sprout Farms I, LLC sold - proceeds to be paid in 2011 to West Pointe Bank, the secured creditor** |

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
☐    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| Philmar, LLC<br>895 W. 20th Ave.<br>Oshkosh, WI 54902 | Rent for Milwaukee elevator has been set off monthly against balance owed for $3 million which OBE borrowed from Philmar. WPB has a mortgage against the elevator to secure the Philmar, LLC debt. | $16,000/mo |

---

#### 14. Property held for another person

None ☐  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Daughter | 2 Steer @ $550.00 each; various pets (see sched B) | Debtor's residence (farm) |
| daughter | savings account in daughter's name @ F&M Bank - accumulated since brith - no deposits in last two years | |

---

#### 15. Prior address of debtor

None ■  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

#### 16. Spouses and Former Spouses

None ■  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

#### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Olsen Brothers Enterprises, LLP | | | grain purchase/sale, grain elevator leasing | 2/3/2004 - 7/12/2010 |
| Olsen's Mill Inc. | | | Grain Mill | 9/2/1975 - currently in receivership |
| Riverview Farms Partnership | | | Farming; owns land and grows crops to sell on open market | ?? - present |
| Sunflower Farms Partnership | | | Farming; owns land and grows crops to sell on open market | ?? - present |
| Ponderosa Partnership | | | Farming; owns land and grows crops to sell on open market | ?? - present |
| Little Sprout Farms, LLC | | | Farming; currently being sold pending closing | 5/3/2004 - present |
| Little Sprout Farms II, LLC | | | Farming (all farmland sold recently) | 10-27-2005 - present |
| Berlin Feed, Inc. | | | Operates feed mill; produces cattle feed from corn concentrates | 9/19/1990 - present |
| Utica Energy, LLC | | | Ethanol fuel and energy; sells ethanol fuel through its wholly owned subsidiary Renew E-85 | 6/11/2001 - present |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                ADDRESS

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Baker Tilly Virchow Krause, LLP**<br>**2201 E. Enterprise Ave, Suite 100**<br>**P.O. Box 2459**<br>**Appleton, WI 54912** | **2008 and 2009 personal taxes; K-1's for**<br>**Utica Energy, Utica Industries LLC,**<br>**Renew Energy LLC, Renew Oil LLC**<br>**Energy Management Corp** |
| **Abraham, Brackob, Ruedinger & Associates**<br>**2292 Harrison Ave**<br>**Omro, WI 54963** | **2008 OBE and Little Sprout Farms taxes** |
| **Accounting Workshop, SC**<br>**5001 Heffron St.**<br>**Stevens Point, WI 54481** | **Amended 2008 OBE taxes, 2009 OBE**<br>**taxes, did some work on OBE quick**<br>**books for 2010** |

None
☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **The Accounting Workshop, SC** | | **Audited the OBE books in 2008 and**<br>**2009** |

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                              ADDRESS
**Accounting Workshop, SC**
**2008 and 2009 OBE records**

**The Debtors**

None
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                   DATE ISSUED
**West Pointe Bank**
**1750 Witzel Ave.**
**Oshkosh, WI 54901**

**Farmers & Merchants Bank**
**123 W. Huron St.**
**Berlin, WI 54923**

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**BNP Paribas Bank**
**787 Seventh Ave, as agent**
**New York, NY 10019**

**Dougherty Funding, LLC**
**90 S. 7th St., Suite 4300**
**Minneapolis, MN 55402**

**Citizens First Bank**
**PO Box 187**
**Viola, WI 54664**

**Bankers' Bank**
**7700 Mineral Point Rd**
**Madison, WI 53717**

**M2 Lease Funds, LLC**
**175 N. Patrick Blvd., Suite 135**
**Brookfield, WI 53045**

**FCStone Financial Inc.**
**2829 Westown Pkwy, Ste 110**
**West Des Moines, IA 50265**

---

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,
RELATIONSHIP TO DEBTOR

DATE AND PURPOSE
OF WITHDRAWAL

AMOUNT OF MONEY
OR DESCRIPTION AND
VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION

TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND

TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **December 29, 2010**                    Signature _____
                                                                   **David A. Olsen**
                                                                   Debtor

Date **December 29, 2010**                    Signature _____
                                                                   **Becky S. Olsen**
                                                                   Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **David A. Olsen**
       **Becky S. Olsen** _____

                           Debtor(s)

Case No.    **10-39796**

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ...............................................................   $     **0.00**

     Prior to the filing of this statement I have received ...............................................   $     **0.00**

     Balance Due ................................................................................................................   $     **0.00**

2.   The source of the compensation paid to me was:

     ☐ Debtor     ■ Other (specify):    **Pre-petition amounts paid by David and Paul Olsen jointly, as disclosed on SoFA #9**

3.   The source of compensation to be paid to me is:

     ☐ Debtor     ■ Other (specify):    **Compensation to be paid based on hourly rates as allowed by the Court pursuant to authorized employment application**

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
         **Advice on duties and obligations as Debtor; Necessary creditor, court and Trustee contacts**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Services requiring special expertise not available in-house.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____

                           _____
                           **Paul G. Swanson**
                           **Steinhilber, Swanson, Mares, Marone & McDermott**
                           **107 Church Avenue**
                           **PO Box 617**
                           **Oshkosh, WI 54903-0617**
                           **920-235-6690   Fax: 920-426-5530**

In re **David A. Olsen**
**Becky S. Olsen**
_____
Debtor(s)

Case Number: **10-39796**
_____
(If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | Part I. CALCULATION OF CURRENT MONTHLY INCOME | | | | |
|---|---|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ **Unmarried. Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ **Married, not filing jointly. Complete only column A ("Debtor's Income") for Lines 2-10.**<br>c. ■ **Married, filing jointly. Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | **Column A**<br>Debtor's<br>Income | | **Column B**<br>Spouse's<br>Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $ 12,900.00 | $ | 2,894.09 |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>c.</td><td>Business income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | | $ 0.00 | $ | 0.00 |
| 4 | **Net Rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero.<br><table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$ 0.00</td><td>$ 0.00</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | | $ 0.00 | $ | 0.00 |
| 5 | **Interest, dividends, and royalties.** | | $ 0.00 | $ | 0.00 |
| 6 | **Pension and retirement income.** | | $ 0.00 | $ | 0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | | $ 0.00 | $ | 0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br>Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor $ 0.00 | Spouse $ 0.00 | $ 0.00 | $ | 0.00 |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td></td><td>$</td><td>$</td></tr><tr><td>b.</td><td></td><td>$</td><td>$</td></tr></table> | | $ 0.00 | $ | 0.00 |

| 10 | Subtotal of current monthly income. Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B. Enter the total(s). | $ | 12,900.00 | $ | 2,894.09 |

| 11 | Total current monthly income. If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | $ | 15,794.09 |

## Part II. VERIFICATION

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |

Date: **December 29, 2010**          Signature: _____
                                              **David A. Olsen**
                                                    (Debtor)

Date: **December 29, 2010**          Signature _____
                                              **Becky S. Olsen**
                                                    (Joint Debtor, if any)