# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re

DAVID A. and BECKY S. OLSEN, and            Case No. 10-39796-svk
PAUL E. and CHERYL R. OLSEN,                Chapter 11

       Debtors.                          Jointly Administered

**NOTICE OF (I) ORDER CONFIRMING CREDITORS' SECOND AMENDED PLAN OF REORGANIZATION AS MODIFIED FOR DAVID A. AND BECKY S. OLSEN, AND PAUL E. AND CHERYL R. OLSEN, PROPOSED BY AG SERVICES OF WISCONSIN, LLC, PHILMAR, LLC, OLSEN'S MILL ACQUISITION COMPANY, LLC, WEST POINTE BANK, BNP PARIBAS, AS ADMINISTRATIVE AGENT, AND THE STATE OF WISCONSIN AND (II) OCCURRENCE OF EFFECTIVE DATE**

      **PLEASE TAKE NOTICE THAT** on August 30, 2011, the United States Bankruptcy Court for the Eastern District of Wisconsin (the "Bankruptcy Court") entered the *Order Confirming Creditors' Second Amended Plan of Reorganization as Modified for David A. and Becky S. Olsen, and Paul E. and Cheryl R. Olsen, Proposed by AG Services of Wisconsin, LLC, Philmar, LLC, Olsen's Mill Acquisition Company, LLC, West Pointe Bank, BNP Paribas, as Administrative Agent, and the State of Wisconsin* (the "Confirmation Order"). Among other things, the Confirmation Order confirmed the *Creditors' Second Amended Plan of Reorganization as Modified for David A. and Becky S. Olsen, and Paul E. and Cheryl R. Olsen, Proposed by AG Services of Wisconsin, LLC, Philmar, LLC, Olsen's Mill Acquisition Company, LLC, West Pointe Bank, BNP Paribas, as Administrative Agent, and the State of Wisconsin* dated August 30, 2011 (as amended, supplemented or modified from time to time, the "Plan"),[1] as satisfying the requirements of the Bankruptcy Code, thereby authorizing the above-captioned debtors (the "Debtors") to implement the Plan on the Effective Date.

      **PLEASE TAKE FURTHER NOTICE** that the Effective Date under the Plan occurred on August 31, 2011.

      **PLEASE TAKE FURTHER NOTICE** the Confirmation Order and the Plan are available by accessing the Bankruptcy Court's website http://www.wieb.uscourts.gov. Please note that a PACER password and login are required to access documents on the Bankruptcy Court's website.

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Plan.

| Attorney Colleen M. Kelly | Attorney Russell L. Munsch | Attorney Carla Andres | Attorney Jonathan W. Young |
|---|---|---|---|
| Liebmann, Conway, Olejniczak & Jerry, S.C. | Munsch Hardt Kopf & Harr, PC | Godfrey Kahn | Wildman, Harrold, Allen |
| P.O. Box 23200 | 500 North Akard Street | 333 Main St., Suite 600 | & Dixon LLP |
| Green Bay, WI 54302-3200 | Dallas, TX 75201-6659 | Green Bay, WI 54301 | 225 West Wacker Drive |
| Telephone: 920-437-0476 | Telephone: 214-855-7500 | | Chicago, IL 60606-1229 |
| | | | Telephone: 312-201-2662 |

**PLEASE TAKE FURTHER NOTICE** that all holders of Professional Compensation and Reimbursement Claims (Claims for compensation for services rendered or reimbursement of expenses incurred through and including the Effective Date of the Plan pursuant to sections 503(b)(2), (3), (4), or (5) of the Bankruptcy Code) shall (i) file their respective applications for services rendered and reimbursement of expenses incurred through the Effective Date by no later than September 30, 2011, which is the date that is thirty (30) days following the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that unless previously filed, requests for payment of Administrative Expense Claims (other than Professional Compensation and Reimbursement Claims) for obligations incurred by the Debtors between December 16, 2010 and the Confirmation Date (August 30, 2011) must be filed and served on the Liquidating Trustee no later than September 30, 2011 (the "Administrative Claims Bar Date") or be forever discharged.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan, as of ten (10) Business Days after occurrence of the Effective Date (September 15, 2011) the Executory Contracts of the Debtors, if any, pursuant to the Plan, have been rejected and the deadline established for the filing of claims arising from such rejection is thirty (30) days following the Confirmation Date (September 29, 2011).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan, any party wishing to receive notice of pleadings, motions and other filings made in these jointly administered proceedings shall file an Appearance and Request for Notice pursuant to Federal Rule of Bankruptcy Procedure 9010 (hereinafter, a "Notice Request"), and shall serve that Notice Request on the following parties:

> OMAC, LLC, Ag Services, LLC and Philmar, LLC
> 895 W. 20th Avenue
> Oshkosh, WI 54902
> Attention: Phillip J. Martini
>
> With a copy to:
>
> Liebmann, Conway, Olejniczak & Jerry, S.C.
> 231 S. Adams Street
> Green Bay, WI 54301
> Attention: Thomas M. Olejniczak
>
> BNP Paribas, as Administrative Agent
> 787 Seventh Avenue
> New York, NY 10019
> Attention: Kathryn B. Quinn

With a copy to:

Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201
Attention: Russell L. Munsch


West Pointe Bank
Attn:  Jeffrey D. Sandee
Vice President/Senior Lending Officer
1750 Witzel Avenue
P.O. Box 2266
Oshkosh, Wisconsin 54903-2266


With a copy to:

c/o Denis Bartell
Dewitt Ross & Stevens
Two East Mifflin Street, Suite 600
Madison, WI 53703-2599

Maria S. Lazar (WI Bar No. 1017150)
Assistant Attorney General
J.B. Van Hollen
Attorney General
17 W. Main Street
Madison, WI 53707

Michael S. Polsky
Beck, Chaet, Bamberger & Polsky, S.C.
Two Plaza East, Suite 1085
330 East Kilbourn Avenue
Milwaukee, WI  53202

With a copy to:

Jonathan W. Young
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229

3

**PLEASE TAKE FURTHER NOTICE** that the address provided in a party's Notice Request shall be deemed to be a party's valid address for service of process, receipt of distributions and all other purposes, unless and until such party files an amended Notice Request updating the service address.

**PLEASE TAKE FURTHER NOTICE** that unless otherwise ordered by the Bankruptcy Court, the Liquidating Trustee shall file and serve all objections to Claims as soon as practicable, but, in each instance, not later than February 26, 2012 (which is the date that is 180 days following the Confirmation Date) or such later date as may be approved by the Bankruptcy Court.

Dated: September 8, 2011.

**LIEBMANN, CONWAY, OLEJNICZAK & JERRY, S.C.**

/s/ Colleen M. Kelly
Thomas M. Olejniczak (Bar No. 1015820)
Colleen M. Kelly (Bar No. 1066300)
231 South Adams Street
Post Office Box 23200
Green Bay, Wisconsin 54305-3200
Phone: (920) 437-0476
Facsimile: (920) 437-2868
E-mail: tmo@lcojlaw.com
cmk@lcojlaw.com

*ATTORNEYS FOR OLSEN'S MILL ACQUISITION COMPANY, LLC, AG SERVICES OF WISCONSIN, LLC AND PHILMAR, LLC*

**GODFREY & KAHN, S.C.**

/s/ Carla O. Andres
_____
Carla O. Andres (WI Bar No. 1020997)
Timothy F. Nixon (WI Bar No. 1013753)
333 Main Street, Suite 600
Post Office Box 13067-3067
Green Bay, Wisconsin 54307-3067
Phone: (920) 432-9300
Facsimile: (920) 436-7988
E-mail: candres@gklaw.com
tnixon@gklaw.com

**MUNSCH HARDT KOPF & HARR, P.C.**

/s/ Russell L. Munsch
_____

Russell L. Munsch (TX Bar No. 14671500)
3800 Lincoln Plaza
500 North Akard Street
Dallas, Texas 75201-6659
Telephone: (214) 855-7555
Facsimile: (214) 978-4369
E-mail: rmunsch@munsch.com

*ATTORNEYS FOR BNP PARIBAS*

**WILDMAN, HARROLD, ALLEN & DIXON LLP**

/s/ Jonathan W. Young

_____

Jonathan W. Young (IL Bar No. 06204590)
*Admitted to Practice in the United States District Court for the Eastern District of Wisconsin*
225 West Wacker Drive
Chicago, IL 60606-1229
Telephone: (312) 201-2662
Facsimile: (312) 416-4524
E-mail: young@wildman.com


*ATTORNEYS FOR MICHAEL S. POLSKY, AS THE LIQUIDATING TRUSTEE OF THE OLSENS' LIQUIDATING TRUST*

5